FILED
NOV 1 3 2012
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

REVISED DATE: 09/2001

FORM TO BE USED BY A STATE PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983 OR BY A FEDERAL PRISONER IN FILING A BIVENS CLAIM.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CT-3244-F
(leave this space blank)

Roylin Junius Beale

(enter full names of each plaintiff(s))

v.

Deputy J.P Madigan / Captain Phillips

Officer R. Blow Jr.

Officer Harless

Officer Peele

(enter full names of each defendant(s))

Inmate Number 55357-056

***

I. HAVE YOU BEGUN OTHER LAWSUITS IN FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION? YES ( ) NO (X)

If your answer is YES, describe the former lawsuit in the space provided below:

_____

II. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT TO THE STATE INMATE GRIEVANCE PROCEDURE? YES (X) NO ( )

If your answer is YES:

1. What steps did you take? In the Pitt County jail there's only a one-step procedure...(cont.)

2. What was the result? (Attach copies of grievances or other supporting documentation.)

My grievance was returned to me unresolved and with the captain stating.(cont.)

(Continued from page 1)

1) <u>What steps did you take?</u>
A). In the Pitt County jail there's only a one-step procedure for grievances, and that I followed by submitting my grievance to the shift sergeant who then forward it to the captain.

2) <u>What was the result?</u> (Attatch copies of grievances or other supporting documentation)
A). My grievance was returned to me unresolved and with the captain stating that "Appropriate force was used". I then proceeded to repeat the one-step grievance procedure, but again, it was unresolved.

## VERIFIED STATEMENT

I have been advised of the requirements regarding exhaustion of administrative remedies and now submit this verified statement.

(Please choose the box that applies to your action):

_____ There are no grievance procedures at the correctional facility at which I am being confined.

_____ This cause of action arose at _____, and I am now being housed at _____. Therefore, I do not believe I have administrative remedies relating to this complaint at this time.

__X__ I have exhausted my administrative remedies relating to this complaint and have attached copies of grievances demonstrating completions.

III. **PARTIES:**
In Item "A" below, place your name in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any. NOTE: ALL PLAINTIFFS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

A. Name of Plaintiff: __Roylin Junius Beale__

Name of Present Confinement: __Coleman 2 (FBOP) USP__

Address of Present Confinement: __P.O Box 1034, Coleman, FL 33521__

In Item "B" below, place the full name of defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) through (F) for additional defendants. NOTE: ALL DEFENDANTS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

B. Defendant __Deputy J.P Madigan__
   Position __Deputy Sheriff__
   Employed at __Pitt County Sheriff's Department__
   Address __500 South Greene Street, Greenville, N.C 27834__
   Capacity in which being sued: Individual (X) Official ( ) Both ( )

C. Defendant __Officer R. Blow Jr.__
   Position __Officer__
   Employed at __Pitt County Detention Center__
   Address __124 New Hope Rd. Greenville, N C 27834__
   Capacity in which being sued: Individual (X) Official ( ) Both ( )

D. Defendant  Officer Harless
   Position  Officer
   Employed at  Pitt County Detention Center
   Address  124 New Hope Rd. Greenville, N.C 27834
   Capacity in which being sued: Individual (X) Official ( ) Both ( )

E. Defendant  Officer Peele
   Position  Officer
   Employed at  Pitt County Detention Center
   Address  124 New Hope Rd. Greenville, N.C 27834
   Capacity in which being sued: Individual (X) Official ( ) Both ( )

F. Defendant  Captain Phillips
   Position  Captain
   Employed at  Pitt County Detention Center
   Address  124 New Hope Rd. Greenville, N.C 27834
   Capacity in which being sued: Individual (X) Official ( ) Both ( )

IV. **STATEMENT OF CLAIM**

State here as briefly as possible the **FACTS** of your case. Describe how **each** defendant is involved. Include also the names of the other persons involved, dates and places. **DO NOT GIVE ANY LEGAL CITATIONS OR ANY LEGAL ARGUMENTS OR CITE ANY STATUTES.** If you wish to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

On the date of 2-19-11 at approximately 12:30 am I was brought into the Pitt County detention center by Sheriff Deputy "J.P Madigan" of the Pitt County Sheriff's department, handcuffed behind my back. Shortly after, I and officer "Harless", who was working the front desk in the intake area, engaged in a verbal confrontation that led to him (officer Harless) becoming angered and attempting to force me, physically, to sit. When I refused by snatching away from his grasp he alerted officer "R. Blow Jr.", officer "Peele", and one more officer who's name I can't recall, for assistance. The four of them proceeded to savagely drag me into a room designated as an inmate dressing room. Once there, I was aggressively slammed

REVISED DATE: 09/2001

on my face causing an incision under the left corner of my left eye. Notwithstanding the fact that I was still restrained with my hands cuffed behind my back and lying face-down on the floor surrounded by four "Detention Center staff", Deputy Sheriff J.P. Madigan pulled and shot me with his tazer-gun while subsequently pulling the trigger several times, exceeding the amount of times allowed to pull the trigger. Not only did he taze me numerous times, he also "Dry tazed" me immediately after. While unconscious, I was stripped of my clothing and placed on a concrete slab where I was awakened by a nurse breaking an amonia stick under my nose. Without any further medical treatment or evaluation, I was taken to a cell and the cuffs were removed. I was prevented from seeing the nurse for three days. They were in violation of the Eigth Amendment.

(Related Claims)
#1) "Hudson v. McMillian"
#2) "Buckner v. Hollins"
#3) "Farmer v. Brennan"

Upon submitting a grievance to "Captain Phillips" of the pitt county detention center, he replied by stating that the force use was "appropriate" and failed to remedy my complaint, nor did he review the footage (camera) as requested. He only acted as if everything was "legal".

## V. RELIEF SOUGHT BY PRISONER

State briefly exactly what you want the Court to do for you. **MAKE NO LEGAL ARGUMENTS. DO NOT CITE CASES OR STATUTES.**

I would like to sue Deputy Sheriff "J.P Madigan" in his individual capacity for monetary damages by the amount of $500,000.00. I would also like to sue the other officers involved (Officer(s) Harless, R. Blow JR., and Officer Peele) in their individual capacities for an additional $50,000.00 each under the "Farmer" deliberate indifference standard. Lastly, I would like

to sue Captain Phillips in his individual capacity for monetary damages by the amount of $100,000.00 for gross negligence.

Signed this **2nd** day of **Nov.**, 201**2**.

_____
Signature of Plaintiff

_____
Signature of other Plaintiffs
(if necessary)

**I declare under penalty of perjury that the foregoing is true and correct.**

11-2-2012
Date

_____
Signature of Plaintiff

_____
Signature of other Plaintiffs
(if necessary)