3-5-11
Sgt. Wilson 9:50 AM

# GRIEVANCE FORM

Date: 3-4-11 (03.11.09.03)

From (print name): Roylin Beale
Date of Birth: 10-15-1981
Housing Assignment: (SMU) D1N2

Date of Incident: 2-18-11 / 2-19-11
Time: Approx. 12:30am - 1:00am
Officers Involved: Officer Harless, Deputy J.P Madigan, Officer Muhammad and Two more officers that's unknown to me.

**GRIEVANCE (please print):**

On the date and time shown above I was the victim of an excessive use of force while restrained in handcuffs. It began when words were exchanged between I and the Two officers (Harless and Deputy Madigan) in the booking area of the Pitt County Detention Center. Harless, highly upset from our verbal exchange, grabbed me by my elbow (while I was handcuffed) and proceeded with trying to force me to sit. When I refused, he and four more officers (including the Deputy Madigan) drug me into a small room that's normally used as an inmate dressing-room, and began their assault. Being that my back was facing the officers, I can't pinpoint exactly which one it was that tazed me. All I can recall is being tazed and slammed on the ground, busting my eye. I could hear the officers yelling "Quit resisting, quit resisting!", but how could I resist or be of any threat while on the ground and in handcuffs? Not to mention that there were five (5) officers present; one for each body part. Afterwards, I woke up to the nurse breaking an ammonia stick under my nose. The officers "REALLY" knocked me unconscious! Where at in policy does it warrant the use of a taser while an inmate is handcuffed behind the back? I have the marks to prove my accusation and I ask that medical staff documentations be reviewed to corroborate my story, as well as Lt. Stokes. From the time that I was arrested until the time that I was put in a cell, I was handcuffed. No amount of force should've been use against me. I'm fully aware of the camera attached to the tazer, so I also request that that footage be reviewed also.

Inmate Signature: Roylin Beale
Housing Assignment: (SMU) D1N2
Date: 3-4-11

*Do Not Write below this Line*

**REPLY:**

Fwd to Capt. Phillips 3/5/2011 @ 15:00hrs

Why didn't he review the "Camera footage" instead of and/or along with the "Incident documents"?

After reviewing incident documents, appropriate force was used to control your continuing efforts to aggressively strike/harm Deputies/officers conducting their duties. Your threats and actions dictated the need for force used during this incident. As reports state, you continued to communicate threats that entire early morning. Even after the force was used in the intake area, you continued (and succeeded) to assault staff in the A-Block housing unit. By your own admition to me, you assaulted Officer Wainright which resulted in medical attention. This assault also, required additional criminal charges against you. In addition, after we spoke together, you have continued to threaten bodily harm to other officers here for no apparent reasons.

Signature: [signed]
Title: Captain
Date: 3-8-2011

White Copy - File    Yellow Copy - Reply    Pink Copy - Inmate

Officer J. Allen stated to me on 4-2-11 at approximately 3:30 pm that an unknown officer (He wouldn't tell me the name) enlightened him on the incident between me, deputy Madigan, officer(s) Peele, Blow Jr., officer Horless by stating that I had stopped moving (unconscious) after hearing the crackling of the taser three (3) times. He also stated that the taser was then placed against my skin (Dry tased) for an additional time.

On the date and time of 4-2-11 at approximately 7:15 AM, Lt. Stokes made his rounds in the D-Block housing area. I stopped him at my door to consult with him about the incident that happened to me on Feb. 18-2011. He stated that he couldn't speak on something that he didn't see, but he was sure that everything was on video tape.

On the date and time of 4-3-11 at approximately 5:40 pm, Officer R. Blow Jr. came to my cell door in the D-Block housing unit and proceeded to discuss the incident that happen on 2-18-11. He stated that he wasn't there when the incident began, but was present when "Deputy Madigan" tased me several times. He also stated that "After" Deputy Madigan shot me with the taser gun, he then "Dry tased" me. He admitted to knowing that I was in handcuffs but said that he had no right to inter fer with what the deputy was doing, due to his position of rank, therefore he just watched it happen. He stated that at the point and time when I was unconscious, he feared that I may have been dead. He stated that he didn't want me to supeona him so he didn't want to say too much, but that was after we talked for 30 minutes ☺

On the date and time of 4-3-11 at approximately 6:20 pm, Officer J. Allen approached my door and stated that although I was tased, I needed to push the issue about "How many times I was tased", and "How long I was tased" because the officers are only allowed to tase an inmate for a maximum time of 15 seconds, but I was tased for at least twice that time. Each pull of the trigger last for 5 seconds.