UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:11-CT-3244-F

| | | |
|---|---|---|
| ROYLIN JUNIUS BEALE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | AFFIDAVIT OF |
| | ) | THOMAS CORPREW |
| DEPUTY J.P. MADIGAN, R. BLOW, | ) | |
| OFFICER HARLESS, OFFICER PEELE, | ) | |
| and CAPTAIN PHILLIPS, | ) | |
|     Defendants. | ) | |

I, Thomas Corprew, first being duly sworn, hereby swear as follows:

1. I am over eighteen (18) years of age, and do not suffer from any mental or physical infirmity or disability that would prevent me from making this affidavit.

2. The matters stated herein are matters of my own personal knowledge, except such matters as may be designated as being upon information and belief.

3. At all times relevant hereto, I was employed as a Detention Officer with the Pitt County Detention Center.

4. I drafted the attached statement and record of events immediately following the incident complained of in Plaintiff's Complaint, and incorporate it as if set forth fully herein.

FURTHER THIS AFFIANT SAITH NOT.

_____
THOMAS CORPREW

Sworn to and subscribed
before me this the 12 day of November, 2013.

_____
NOTARY PUBLIC

My commission expires: 10-12-20__

\\SERVER04\lssdocs\00000012\00046647.000.DOCX

Date:       February 19, 2011
Time:       3:50 a.m.
Location:   Pre-booking/Intake
Subject:    Disruptive Inmate Roylin Beale


      On February 18, 2011, I, Officer Thomas Corprew, was assigned to Intake/Release Area (Booking). I have been employed with the Pitt County Detention Center since April 2009 and became a certified detention officer soon after. In June 2010, I was certified as a CERT (Cell Extraction Response Team) member where I have received training in cell extraction as well as advanced use of force techniques when dealing with violent inmates. I am also currently enrolled at North Carolina Justice Academy for Advanced CERT operator which will enhance my leadership skills, decision-making skills, as well as becoming proficient in operating less-lethal devices.
      At approximately 3:40 a.m., OIC Jon Williams returned from pre-booking and informed the rest of the Booking staff that Deputy Harless has Roylin Beale in custody and he appears that he is going to be disruptive. I then searched Roylin Beale in the computer to gain more knowledge on the subject such as previous charges, behavior while at PCDC, or any other information that may assist us while dealing with this inmate. I discovered that Roylin Beale is a current member of the United Blood Nation gang which was validated by DOC. While incarcerated at PCDC, he has a history of assaulting staff with an incident occurring in March 2006.
      At approximately 3:50 a.m. I received a call from Pre-booking Deputy Billy Harless requesting assistance to escort Inmate Roylin Junius Beale to Booking. Deputy Harless also stated that Inmate Beale has made verbal threats to harm staff if he does not get chance to make a phone call. I informed Officer Robert Blow of the situation and we proceeded to pre-booking. Upon arrival to pre-booking, I observed Inmate Beale in handcuffs standing against the wall near Deputy Harless' desk. Deputy Harless was standing across from Inmate Beale behind the computer and Deputy John Madigan was across from Deputy Harless in the escort position behind Inmate Beale. As I was approaching Inmate Beale showed me that his hands were cuffed and he stated, "My hands are cuffed.....ya'll can't do nothing to me." I asked Inmate Beale what was going on and why he was not going to cooperate. Inmate Beale stated in a very threatening manner, "I want my fuckin' phone call. I am not going anywhere until I get my phone call. Ya'll are gonna have a fight on your hands if anyone touches me. If you come near me I'm gonna bite you. This little motherfucker right here (head motioning toward Deputy Harless) won't let me use the phone. I can make bond, I just need to use the fuckin' phone." While Inmate Beale was talking irately, I saw Deputy Madigan draw his taser and conceal it behind his back, out of the view of Inmate Beale. I asked Deputy Harless if he as already been before the magistrate and he said yes. Inmate Beale requested that he wanted to go back before the magistrate but Officer Blow instructed him that he would not be going back to the magistrate that he would be going to Booking. Officer Blow then grabbed his left arm and I grabbed his right and we began escorting him to Booking. We were lead by Deputy Harless and followed by Deputy Madigan. During the escort, he began to give slight resistance by tightening up and locking his legs, so we applied muscle to successfully escort him to Booking.

When we arrived to Booking, we paused briefly to clear the floor from any other inmates. Officer Blow went to inform Sgt. Melanie Perry of the situation. Once the floor was clear, Deputy Harless, Officer Andrew Peele and I, with Deputy Madigan following, escorted Inmate Beale to Dress in Room #3 to remove his clothing and place him in a jail issued uniform. While walking to the dressing room, Inmate Beale stated, "Take me out these cuffs and I'll show what I'm gonna do. I promise you that I will knock one of you out. I knock niggas out all day. They know me around here." Once in the dressing room, I secured Inmate Beale against the wall and asked him to kick off his shoes. He stated, "I ain't kicking off shit. Ya'll gonna have to remove 'em." As I reached for his foot while maintaining contact with his left arm, he began to show active aggression by swinging his shoulders side to side in an attempt to break free from officers and kicking his foot at me during my attempt to remove his shoes. This caused us to wrestle more aggressively with Inmate Beale. I stated, "Let's take him to the floor." I grabbed the left pants legs of Inmate Beale in an attempt to take him to the floor when I heard Deputy Madigan yell, "Taser! Taser!" Deputy Madigan then fired the taser toward the torso of Inmate Beale. I felt Inmate Beale's body tense up briefly followed by a loud yell. He continued swinging his shoulders aggressively to prevent us from putting him on the floor. Inmate Beale fell into the wall while still kicking his feet. Deputy Madigan then performed a drive stun to the lower left leg. Inmate Beale was grunting loudly and saying, "FUCK YOU!" While still applying the taser, Deputy Madigan stated, "Ya'll go ahead and do what you have to do while we got him down." I quickly removed his shoes and socks and with the assistance of Officer Blow, removed his pants and underwear. Deputy Madigan applied the taser for approximately twenty to twenty five seconds. When the taser was removed, Inmate Beale was breathing heavily and sweating profusely and he had stopped being resistive. I asked inmate Beale if he was alright but he was unresponsive. We rolled Inmate Beale over onto his left side to prevent him from aspirating and we noticed that he had a small cut below his left eye. Officer Blow removed the taser prongs from the shirt of Inmate Beale and handed them to Deputy Madigan. We carefully removed his shirt and placed jail issued underwear on him. We also replaced Deputy Madigan's handcuffs with Officer Bobby Bowden's while he was in this non-resistive state. Hilda Locke arrived on scene approximately three minutes later to provide medical care to Inmate Beale. By this time his breathing had become shallow and his eyes were partially open. During the medical evaluation of Inmate Beale, he was still unresponsive to any of the questions being asked by LPN Locke, even when she applied the broken ammonia tabs to his nose. About five minutes into the evaluation, Inmate Beale became responsive and the look of rage came over his face. LPN Locke introduced herself to Inmate Beale as the nurse and that she was making sure that he wasn't badly injured. Inmate Beale stated while jerking his head, "Take your fuckin' hands off me." I saw him clenching his hands behind his back as well as his jaws. I instructed LPN Locke to exit the room for her safety. He then began to breathe heavily and stated in a threatening manner, "Ya'll hurt my eye...for real?? Ya'll done messed with the wrong one. Imma kill all yall. Imma kill you and you and you and you. I'm a five star general. I run blood 'round here. Ya'll had me down but I'm back now. We can do this all over....until someone dies." He was cleared by LPN Locke of having any serious injuries but decided to place him on full suicide watch. We asked Inmate Beale to stand up so that we can place him in the suicide smock and he complied. He continued

to make threats to harm staff by stating, "I will do what ya'll want right now, but as soon as these cuffs come off, someone's gonna get knocked out." We walked him out of the dressing room toward the booking counter. Lt. Mark Stokes was standing at the booking counter. Inmate Beale stated, "I want to talk to the Captain right here. Get off me; I want to talk to the Captain." Lt. Stokes said that he would take Inmate Beale to D-Block alone and began to converse with Inmate Beale while escorting him down the hall.

At approximately 4:37 a.m., I received a call from Central Control Operator Officer Natoya Bullock stating that it appears that Inmate Beale is becoming more agitated and that Lt. Stokes may need some assistance at the D-block gate. I relayed the message to the officers in booking and they responded with assistance while I stayed behind. A few seconds later I heard via two way radio that an officer was hurt and was requiring medical attention.

Thomas Corprew  #8587

6124